FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE DUFFER, and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SUTTELL & HAMMER, P.S., a Washington Corporation; and PORTFOLIO RECOVERY ASSETS, LLC, a Delaware Limited Liability Company,<br><br>　　Defendants. | No. 2:19-cv-00098-SAB<br>No. 2:18-cv-00366-SAB<br><br><br><br><br>**ORDER CONSOLIDATING CASES** |
| LUCAS CASE, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SUTTELL & HAMMER, P.S., a Washington Corporation; and PORTFOLIO RECOVERY ASSOCIATES, LLC, A Delaware Limited Liability Company,<br><br>　　Defendants. | |

**ORDER CONSOLIDATING CASES ~ 1**

Before the Court are Unopposed Motions to Consolidate, (No. 2:19-cv-00098-SAB, ECF No. 10; No. 2:18-cv-00366-SAB, ECF No. 16.) The motions were heard without oral argument.

The parties ask the Court to consolidate these two cases as both cases pursue identical theories of liability under the Fair Debt Collection Practices Act and contain substantially similar allegations. The Court finds it appropriate to consolidate these two cases under Fed. R. Civ. P. 42(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Unopposed Motions to Consolidate, No. 2:19-cv-00366-SAB, 10; No. 2:18-cv-00366-SAB, ECF No. 16, are **GRANTED**.
2. Case No. 2:19-cv-00098-SAB is consolidated with Case No. 2:18-cv-00366-SAB.
3. All future pleadings shall be filed under Case No. 2:18-cv-00366-SAB, unless the Court directs otherwise. Case No. 2:19-cv-00098-SAB shall be administratively closed.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 5th day of August 2019



_____
Stanley A. Bastian
United States District Judge

**ORDER CONSOLIDATING CASES ~ 2**