FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE DUFFER, and all others similarly situated,<br>    Plaintiffs,<br>    v.<br>SUTTELL & HAMMER, P.S., a Washington Corporation; and PORTFOLIO RECOVERY ASSETS, LLC, a Delaware Limited Liability Company,<br>    Defendants. | No. 2:18-CV-00366-SAB<br><br>**ORDER DISMISSING CASE** |
| LUCAS CASE, an individual,<br>    Plaintiff,<br>    v.<br>SUTTELL & HAMMER, P.S., a Washington Corporation; and PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,<br>    Defendants. | |

**ORDER DISMISSING CASE** \* 1

Before the Court is the parties' Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 56. The parties agree and request that this consolidated case should be dismissed with prejudice and without costs of fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to dismiss this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 56, is **ACCEPTED** and **ENTERED** into the record.

2. This case is **DISMISSED** with prejudice and without fees or costs to either party.

3. All deadlines are **VACATED,** and any pending motions are **DENIED as moot**. The trial date is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 4th day of January 2021.

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE * 2**